# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 8, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160431(9)(10)(17)
160432

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARC SLIS and 906 VAPOR,
        Plaintiffs-Appellees,

SC: 160431
COA: 351211
Ct of Claims: 19-000152-MZ

v

STATE OF MICHIGAN and DEPARTMENT
OF HEALTH AND HUMAN SERVICES,
        Defendants-Appellants.
_____/

A CLEAN CIGARETTE CORPORATION,
        Plaintiff-Appellee,

SC: 160432
COA: 351212
Ct of Claims: 19-000154-MZ

v

GOVERNOR, STATE OF MICHIGAN, and
DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
        Defendants-Appellants.
_____/

On order of the Chief Justice, the separate motions of the Public Health and Medical Organizations, Professor Nicholas Bagley, and Tylise Ivey to file briefs amicus curiae are GRANTED. The amicus briefs are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 8, 2019

Clerk